## SÁNCHEZ v. SOLDEVILA.

Apelación procedente de la Corte de Distrito de Mayagüez.

No 3.—Resuelto en mayo 6, 1904.

DIVORCIO—CONNIVENCIA DE AMBOS CÓNYUGES PARA OBTENERLO.—La causa en que se fundare una demanda de divorcio debe quedar perfectamente justificada en el juicio, para que pueda decretarse el divorcio, pues aunque el vínculo matrimonial procede de un contrato civil, su disolución no debe ser fácil y hay que evitar que pueda conseguirse por connivencia o confabulación de ambos cónyuges.(*)

462—464

. EXPOSICIÓN DEL CASO.

En el recurso de apelación que ante nos pende interpuesto por Doña Ramona Sánchez Cintrón, que se mostró parte ante este Tribunal Supremo, bajo la dirección del Letrado Don Eduardo Acuña Aybar, solicitando la revocación y anulación de la sentencia dictada por el Tribunal de Distrito de Mayagüez, que literalmente, dice así:

"*Sentencia.* En la ciudad de Mayagüez, a 26 de noviembre de 1902. Visto en juicio oral y público este pleito civil, seguido entre partes, de la una, Don Antonio Manrique de Lara en representación de Doña Ramona Sánchez y Cintrón, casada, de esta vecindad; y de la otra, el Ministerio Fiscal, en representación del Pueblo de Puerto Rico y Don Luis Soldevila y Costas, como demandado del domicilio de Peñuelas, a quien ha representado en un principio, en este litigio, el Abogado Don Rodolfo Ramírez, sobre divorcio.

"*Resultando:* que el 30 de septiembre de 1899 contrajeron matrimonio canónico en la ciudad de Ponce Don Luis Soldevila y Costas con Doña Ramona Sánchez y Cintrón, inscribiéndose la unión matrimonial en el registro civil de aquella ciudad, el 30 de enero del siguiente año.

"*Resultando:* que Doña Ramona Sánchez, interpuso demanda alegando que no bien había expirado el año 1899, cuando comenzaron las desavenencias entre ambos esposos, hasta que llegaron a ser irreconciliables, y en esta situación, por la disparidad de caracteres creada, Don Luis Soldevila abandonó a su esposa en noviembre de 1899, sin que haya vuelto a unirse a ella, trasladándose con ese motivo la demandante a esta ciudad, donde vive en compañía de sus hijos Don Ermelindo y Don Enrique Fajardo, hijos de su anterior matrimonio, y como era causa de divorcio el abandono de la mujer por el marido, o del marido por la mujer, por un término mayor de un año, terminó solicitando que se declarase con lugar el divorcio, y se condenase al demandado al pago de las costas si no se allanaba a la demanda.

"*Resultando:* que el demandado reconoció como ciertos los hechos de la demanda, y pidió en su escrito de allanamiento que se declarase con lugar, sin especial condenación de costas; y corridos los trámites de la ley, se señaló día para el juicio oral, recayendo sentencia por unanimidad. (*)

"*Resultando:* que en este pleito se han cumplido todas las prescripciones legales.

"*Visto:* siendo Juez Ponente el Sr. Presidente Don Arturo Aponte Rodríguez.

"*Considerando :* que alegada como causa de divorcio el abandono de la mujer por el marido, ha debido justificarse por modo claro y evidente, y ello no resulta del acta del juicio oral.

"*Considerando:* que es tanto más necesaria esta prueba, cuanto que debe evitarse que se rompan los vínculos matrimoniales por convenio de marido y mujer o por confabulaciones entre los mismos.

"*Vistos* los artículos 137 y 138 del Código Civil y la Orden General No. 118, serie de 1899.

"*Fallamos:* que debemos declarar y declaramos sin lugar la demanda, absolvemos de ella a Don Luis Soldevila y Costas, e imponemos las costas' a la parte actora.."

*Resultando:* que notificada esta sentencia, dicha Ramona Sánchez y Cintrón interpuso recurso de apelación para ante esta Corte Suprema, que se admitió, y con citación y emplazamiento de las partes se elevaron los autos a esta superioridad, donde se personaron en tiempo la parte recurrente y el Fiscal.

*Resultando:* que señalado día para la vista tuvo ésta lugar en el día 21 de abril de 1904, en cuyo acto el letrado de la parte recurrente y el Fiscal de esta corte estuvieron presentes y alegaron cuanto estimaron conducente a los derechos de la parte recurrente y al Estado; pero la parte recurrida no estuvo representada en esta Corte Suprema.

Abogado del apelante: *Sr. Eduardo Acuña.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.*

La parte apelada no compareció.

EL JUEZ ASOCIADO SR. MacLEARY, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la *sentencia apelada, y además.*

*Considerando:* que los divorcios no pueden concederse sino cuando existen las causas consignadas en los estatutos, sea cual fuere la opinión de los jueces que compongan las

cortes, (*) en cuanto a lo que sea más conveniente para las partes, y que no existiendo pruebas de los fundamentos y requisitos prescritos por la ley, a satisfacción entera del tribunal, el divorcio no puede concederse, con tanto mayor motivo cuanto que el vínculo matrimonial, aunque derivado 'de un contrato civil, no debe ser fácil de disolverse.

*Fallamos:* que debemos confirmar y confirmamos la sentencia apelada que en 26 de noviembre de 1902 dictó la Corte de Distrito de Mayagüez, con las costas al apelante, y devuélvanse los autos a dicho tribunal con la certificación correspondiente.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras y Sulzbacher.